# Order

Michigan Supreme Court
Lansing, Michigan

March 5, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162526(50)

PATRICIA MACDONALD and JAMES
MACDONALD,
      Plaintiffs-Appellees,

v

OTTAWA COUNTY and OTTAWA
COUNTY PARKS AND RECREATION
COMMISSION,
      Defendants-Appellants.

_____

SC: 162526
COA: 350956
Ottawa CC: 18-005408-NO

JULIE BENEDICT,
      Plaintiff-Appellee,

v

OTTAWA COUNTY and OTTAWA
COUNTY PARKS AND RECREATION,
      Defendants-Appellants.

_____/

SC: 162527
COA: 350989
Ottawa CC: 18-005449-NO

On order of the Chief Justice, the motion of the plaintiffs-appellees MacDonald to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer submitted on March 2, 2021, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2021



Clerk